AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

NARCRISSUS SWANIGAN,

        Plaintiff,

        v.

DAVID BAILEY, RONALD THOMPSON, JONI GONZALES, CINDE GARLAND, and CRYSTAL DECOURSEY, sued in both their individual and official capacities,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-5073-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants pursuant to the Order Granting Defendants' Motion for Summary Judgment entered on November 7, 2012, ECF No. 93.

| | |
|---|---|
| November 7, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |